# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GWENDOLYN MUNN, | Case No.: 2:19-cv-00693-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| HOTSPUR RESORTS NEVADA, INC., et al., | |
| Defendant(s). | |

To date, the parties have not filed a discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 10, 2019, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: July 9, 2019

  
Nancy J. Koppe  
United States Magistrate Judge

1