# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GWENDOLYN MUNN,

  Plaintiff(s),

v.

HOTSPUR RESORTS NEVADA, INC., et al.,

  Defendant(s).

Case No.: 2:19-cv-00693-GMN-NJK

**Order**

  On July 9, 2019, the Court ordered the parties to file, by July 10, 2019, a discovery plan as required by Local Rule 26-1(a). Docket No. 15. The parties failed to do so. The parties are hereby **ORDERED** to file a joint proposed discovery plan, no later than August 29, 2019.

  IT IS SO ORDERED.

  Dated: August 26, 2019

                     _____
                     NANCY J. KOPPE
                     United States Magistrate Judge