# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GWENDOLYN MUNN,<br><br>    Plaintiff(s),<br><br>v.<br><br>HOTSPUR RESORTS NEVADA, INC., et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-00693-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 29) |

Pending before the Court is the parties' discovery plan. Docket No. 29. For the reasons stated below, the discovery plan is **DENIED**.

The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The period is measured from the date of the first appearance of any defendant. *See* Local Rule 26-1(b)(1). Here, Defendant Hotspur Resorts Nevada, Inc. filed a motion to dismiss on May 15, 2019; therefore, the discovery cut-off is measured from that date.

If the parties seek deadlines beyond those specified in Local Rule 26-1(b)(1), their discovery plan must comply with Local Rule 26-1(a). The parties must submit a discovery plan, that complies with Local Rule 26-1, no later than September 6, 2019.

IT IS SO ORDERED.

Dated: August 30, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1